■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO GARCIA, Appellant.—Judgment, Supreme Court, Bronx County (Solomon Katz, J.), rendered on November 3, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Rosenberger, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL GUTIERREZ, Appellant.—Judgment, Supreme Court, Bronx County (Vincent Vitale, J.), rendered on July 11, 1985, unanimously affirmed.